Michael A. Caddell (SBN 249469)
mac@caddellchapman.com
Cynthia B. Chapman (SBN 164471)
cbc@caddellchapman.com
Amy E. Tabor (SBN 297660)
aet@caddellchapman.com
John B. Scofield, Jr. (*pro hac vice* forthcoming)
jbs@caddellchapman.com
CADDELL & CHAPMAN
628 East 9th Street
Houston TX 77007-1722
Tel.: (713) 751-0400
Fax: (713) 751-0906

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CHRIS KOBIN, *individually and on behalf of others similarly situated,*<br><br>*Plaintiff,*<br><br>v.<br><br>BIG PICTURE LOANS, LLC, ASCENSION TECHNOLOGIES, LLC F/K/A BELLICOSE CAPITAL, LLC, MATT MARTORELLO,<br><br>*Defendants.* | Case No. 2:19-2842<br><br>**PLAINTIFF'S NOTICE OF INTERESTED PARTIES**<br><br>Date:<br>Time:<br>Ctrm:<br>Judge: |

Pursuant to L.R. 7.1-1, the undersigned counsel of record for Plaintiff Chris Kobin certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

CASE NO. 2:19-2842

1. Chris Kobin
   Burbank, CA 91505
   Mr. Kobin is the plaintiff in this matter.

2. Big Picture Loans, LLC
   Watersmeet, MI 49969
   Big Picture Loans, LLC is a defendant in this matter.

3. Ascension Technologies, LLC
   Atlanta, GA and Watersmeet, MI
   Ascension Technologies, LLC is affiliated with Big Picture Loans, LLC and is a defendant in this matter.

4. Matthew B. Martorello
   Dallas, TX 75205 and Dorado, Puerto Rico 00646
   Mr. "Matt" Martorello is a defendant in this matter.

5. Michael A. Caddell
   Caddell & Chapman
   628 East 9th St.
   Houston, TX 77007
   Mr. Caddell is an attorney for plaintiff Chris Kobin.

6. Cynthia B. Chapman
   Caddell & Chapman
   628 East 9th St.
   Houston, TX 77007
   Ms. Chapman is an attorney for plaintiff Chris Kobin.

7. Amy E. Tabor
   Caddell & Chapman
   628 East 9th St.
   Houston, TX 77007
   Ms. Tabor is an attorney for plaintiff Chris Kobin.

8. John B. Scofield, Jr.
   Caddell & Chapman
   628 East 9th St.
   Houston, TX 77007
   Mr. Scofield is an attorney for plaintiff Chris Kobin.

| | |
|---|---|
| Dated: April 12, 2019 | Respectfully submitted, |
| | *s/Michael A. Caddell* |
| | Michael A. Caddell (SBN 249469) |
| | mac@caddellchapman.com |
| | Cynthia B. Chapman (SBN 164471) |
| | cbc@caddellchapman.com |
| | Amy E. Tabor (SBN 297660) |
| | aet@caddellchapman.com |
| | John B. Scofield, Jr. (*pro hac vice forthcoming*) |
| | CADDELL & CHAPMAN |
| | 628 East 9th Street |
| | Houston TX 77007-1722 |
| | Tel.: (713) 751-0400 |
| | Fax: (713) 751-0906 |
| | *Attorneys for Plaintiff* |