# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| Chris Kobin<br><br>PLAINTIFF(S)<br>v.<br><br>Big Picture Loans, LLC, et al.<br><br>DEFENDANT(S). | 2:19-cv-02842-RSWL-Ex<br><br>**ORDER RETURNING CASE<br>FOR REASSIGNMENT** |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 19-03.

| April 18, 2019 | s/ RONALD S.W. LEW |
|---|---|
| Date | United States District Judge |

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge  Cormac J. Carney  for all further proceedings. On all documents subsequently filed in this case, please substitute the initials  CJC  after the case number in place of the initials of the prior judge so that the case number will read  2:19-cv-02842 CJC(Ex) . This is very important because documents are routed to the assigned judge by means of the initials.

*cc:*  ☐ *Previous Judge*   ☐ *Statistics Clerk*