#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE CENTRAL DISTRICT OF CALIFORNIA
#### WESTERN DIVISION

| | |
|---|---|
| CHRIS KOBIN, *individually and on behalf of others similarly situated,*<br><br>*Plaintiff,*<br><br>*v.*<br><br>BIG PICTURE LOANS, LLC, ASCENSION TECHNOLOGIES, LLC F/K/A BELLICOSE CAPITAL, LLC, MATT MARTORELLO,<br><br>*Defendants.* | Case No. 2:19-cv-02842-CJC (Ex)<br><br>**ORDER GRANTING UNOPPOSED MOTION TO SERVE AS LOCAL COUNSEL WITHOUT HAVING AN OFFICE WITHIN THIS DISTRICT** |

Having considered Plaintiff's Unopposed Motion to Serve as Local Counsel Without Having an Office Within This District, the Court is of the opinion that the Motion should be and hereby is GRANTED.

It is therefore ORDERED that Caddell & Chapman serve as local counsel for Plaintiff without maintaining an office within this District.

It is further ordered that Caddell & Chapman lawyer, John Scofield, will not be required to associate with local counsel maintaining an office within this District for purposes of seeking to be admitted to practice *pro hac vice* in this litigation.

Dated: April 19, 2019

                                         Hon. Cormac J. Carney
                                         United States District Judge