Michael A. Caddell (SBN 249469)
mac@caddellchapman.com
Cynthia B. Chapman (SBN 164471)
cbc@caddellchapman.com
Amy E. Tabor (SBN 297660)
aet@caddellchapman.com
John B. Scofield, Jr. (*pro hac vice* forthcoming)
jbs@caddellchapman.com
CADDELL & CHAPMAN
628 East 9th Street
Houston TX 77007-1722
Tel.: (713) 751-0400
Fax: (713) 751-0906

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS KOBIN, individually and on behalf of others similarly situated,<br><br>                                                          Plaintiff(s)<br>v.<br>BIG PICTURE LOANS, LLC; ASCENSION TECHNOLOGIES, LLC f/k/a BELLICOSE CAPITAL, LLC; and MATT MARTORELLO<br><br>                                                          Defendant(s). | CASE NUMBER<br><br>2:19-cv-02842-CJC (Ex)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Scofield, Jr., John B.
*Applicant's Name (Last Name, First Name & Middle Initial*
(713) 751-0400            (713) 751-0906
*Telephone Number*        *Fax Number*
jbs@caddellchapman.com
*E-Mail Address*

of  Caddell & Chapman
    628 East 9th St.
    Houston, TX 77007-1722
    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Chris Kobin

*Name(s) of Party(ies) Represent*     ✓ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Caddell, Michael A.
*Designee's Name (Last Name, First Name & Middle Initial*
249469            713- 751-0400        713 751-0906
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
mac@caddellchapman.com
*E-Mail Address*

of  Caddell & Chapman
    628 East 9th St.
    Houston, TX 77007-1722
    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED
☐ DENIED:   ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2, Applicant resides in California; and/or previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated:** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**