# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS KOBIN, individually and on behalf of others similarly situated,<br><br>Plaintiff(s)<br>v.<br>BIG PICTURE LOANS, LLC; ASCENSION TECHNOLOGIES, LLC f/k/a BELLICOSE CAPITAL, LLC; and MATT MARTORELLO<br><br>Defendant(s). | CASE NUMBER<br><br>2:19-cv-02842-CJC (Ex)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Scofield, Jr., John B.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(713) 751-0400            (713) 751-0906
*Telephone Number*         *Fax Number*

jbs@caddellchapman.com
*E-Mail Address*

Caddell & Chapman
628 East 9th St.
Houston, TX 77007-1722
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Chris Kobin

*Name(s) of Party(ies) Represent*     ✓ Plaintiff(s) ☐ Defendant(s) ☐ Other:

**and designating as Local Counsel**

Caddell, Michael A.
*Designee's Name (Last Name, First Name & Middle Initial)*

249469          713- 751-0400       713 751-0906
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

mac@caddellchapman.com
*E-Mail Address*

Caddell & Chapman
628 East 9th St.
Houston, TX 77007-1722
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ **GRANTED**

☐ **DENIED:**
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: April 23, 2019**

*(signature)*

**Hon. Cormac J. Carney, U.S. District Judge**